**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Manolo Blahnik USA, Ltd.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

Principal place of business

31 West 54th Street
Number    Street

_____

New York            NY      10019
City                State   ZIP Code

_____
County

Mailing address, if different

_____
Number    Street

_____
P.O. Box

_____  _____  _____
City             State  ZIP Code

Location of principal assets, if different from principal place of business

_____
Number    Street

_____

_____  _____  _____
City             State  ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

Debtor _____    Case number *(if known)*_____
       Name

| | | |
|---|---|---|
| **6.** | **Debtor's website (URL)** | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____    Relationship _____ |
| | |     District _____ Date filed _____    Case number, if known _____ |
| | |                                                MM / DD / YYYY |
| | |     Debtor _____    Relationship _____ |
| | |     District _____ Date filed _____    Case number, if known _____ |
| | |                                                MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                      Involuntary Petition Against a Non-Individual                      page 2

Debtor _____    Case number (if known)_____
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Calzaturificio Re Marcello S.R.L. | Goods Sold | $ 601,447.60 (amount converted from € 546,386.00) |
| | (amount is at least the amount identified) | $ _____ |
| | Total of petitioners' claims | $ 601,447.60 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Calzaturificio Re Marcello S.R.L.
Name

Strada Longorio 96
Number  Street

Vigevano        PV, Italy        27029
City            State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

GEORGINA JANE MOLISON MCMANUS, Director
Name

30 Welbeck Street
Number  Street

London          England          W1G 8ER
City            State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/01/2020
             MM / DD / YYYY

û _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Lauren Macksoud
Printed name

Dentons US LLP
Firm name, if any

1221 Avenue of the Americas
Number  Street

New York        NY        10020
City            State     ZIP Code

Contact phone (212) 768-6700    Email lauren.macksoud@dentons.com

Bar number  4218491

State  New York

û _Lauren Macksoud_____
Signature of attorney

Date signed  05/01/2020
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor _____    Case number *(if known)*_____
     Name

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
           MM  / DD / YYYY

û_____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____  Email _____

Bar number  _____

State  _____

û_____
Signature of attorney

Date signed  _____
           MM  / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
           MM  / DD / YYYY

û_____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____  Email _____

Bar number  _____

State  _____

û_____
Signature of attorney

Date signed  _____
           MM  / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MANOLO BLAHNIK USA, LTD.<br><br>               Alleged Debtor.<br><br>Tax I.D. No.: N/A | Chapter 7<br><br>Case No. 20 - _____ (\_\_\_) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), Petitioning Creditor, Calzaturificio Re Marcello S.R.L. discloses that it is an Italian private limited company that is 100% owned by Manolo Blahnik International Limited, a United Kingdom limited company that is 100% owned by Blahnik Group Limited, a United Kingdom limited company.  This is no further entity to disclose that directly or indirectly owns 10% of Blahnik Group Limited.  Neither Petitioning Creditor nor any entity disclosed in this corporate ownership statement is a publically traded company.

Dated: May 4, 2020

                                                               By:  */s/ Lauren Macksoud*
                                                                          Lauren Macksoud