Lauren Macksoud
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
Email:  lauren.macksoud@dentons.com

and

Robert A. Hammeke
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
Telephone:  (816) 460-2400
Fax:  (816) 531-7545
E-mail:  robert.hammeke@dentons.com

*Attorneys for Petitioning Creditor*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MANOLO BLAHNIK USA, LTD.<br><br>               Alleged Debtor.<br><br>Tax I.D. No.: N/A | Chapter 7<br><br>Case No. 20 - 11102 (MG) |

**ACKNOWLEDGMENT  OF SERVICE
AND STIPULATION OF ANSWER DATE**

      Service of (i) the Summons to Debtor in Involuntary Case and (ii) the Involuntary Petition Against a Non-Individual is hereby acknowledge on behalf of Alleged Debtor Manolo Blahnik USA, Ltd. ("**MBUSA**"), by its counsel , Jason A. Nagi, Esq. Polsinelli PC.

      The parties stipulate that MBUSA's response to the pleadings shall be due by June 19, 2020.

**Acknowledgement of Service**:

Dated:  May 21, 2020

Manolo Blahnik USA, Ltd.

By: _____
Jason A. Nagi
Polsinelli PC
600 Third Avenue, 42nd Fl.
New York, New York 10016
Telephone: (212) 644-2092
Email:  jnagi@polsinelli.com

Dated:  May 27, 2020
        New York, New York

By:  */s/ Lauren Macksoud*_____
Lauren Macksoud
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
Email:  lauren.macksoud@dentons.com

and

Robert A. Hammeke
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
Telephone:  (816) 460-2400
Fax:  (816) 531-7545
E-mail:  robert.hammeke@dentons.com

US_Active\114823045\V-1

## CERTIFICATE OF SERVICE

I, Lauren Macksoud, hereby certify that on May 27, 2020, the foregoing document was electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings.

This 27th day of May 2020.

By: */s/     Lauren Macksoud*
Lauren Macksoud
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: 212-768-6700
Fax: 212-768-6800
E-mail: lauren.macksoud@dentons.com