

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

June 19, 2020

Jason A. Nagi
212.644.2092
646.607.9095 Fax
jnagi@polsinelli.com

**VIA ECF**

Honorable Judge Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 523
New York, New York 10004

      Re:    In re: Manolo Blahnik USA, Ltd., Case No. 20-11102
             Extension of Time to Respond to Petition

Dear Judge Glenn:

      This office represents Alleged Debtor, Manolo Blahnik USA, Ltd. ("**MBUSA**") in the above-referenced Involuntary Chapter 7 Bankruptcy Proceeding. We write to respectfully inform the Court that Petitioning Creditor has agreed to a short extension of time for MBUSA to respond to the Involuntary Petition from June 19, 2020 to Wednesday, June 24, 2020. We respectfully request that Your Honor approve this extension or otherwise have this extension noted on the docket, should this Court deems such entry necessary.

                                      Sincerely,

                                      */s/ Jason A. Nagi*

                                      Jason A. Nagi

Cc:
DENTONS US LLP
Lauren Macksoud
1221 Avenue of the Americas
New York, New York 10020

Robert A. Hammeke
4520 Main Street, Suite 1100
Kansas City, MO 64111

polsinelli.com

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Miami    Nashville    New York
Phoenix    St. Louis    San Francisco    Seattle    Silicon Valley    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California

73952548



Honorable Judge Martin Glenn
June 19, 2020
Page 2

*Attorneys for Petitioning Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2020, a true and correct copy of the foregoing *Notice of Extension of Time* was served electronically by ECF notification from the court to counsel for petitioning creditor, the U.S. Trustee, and all interested parties.

/s/ Jason A. Nagi

73952548