

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

June 22, 2020

Jason A. Nagi
212.644.2092
646.607.9095 Fax
jnagi@polsinelli.com

**VIA ECF**

Honorable Judge Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 523
New York, New York 10004

    Re:    In re: Manolo Blahnik USA, Ltd., Case No. 20-11102
             Extension of Time to Respond to Petition

Dear Judge Glenn:

    This office represents Alleged Debtor, Manolo Blahnik USA, Ltd. ("**MBUSA**") in the above-referenced Involuntary Chapter 7 Bankruptcy Proceeding. We write to respectfully inform the Court that Petitioning Creditor has agreed to a short extension of time for MBUSA to respond to the Involuntary Petition from June 19, 2020 to Wednesday, June 24, 2020. We respectfully request that Your Honor approve this extension or otherwise have this extension noted on the docket, should this Court deems such entry necessary.

                              Sincerely,

                              */s/ Jason A. Nagi*

                              Jason A. Nagi

The request for an extension of time for MBUSA to respond to the Involuntary Petition is GRANTED. The time is extended to Wednesday, June 24, 2020.

MEMORANDUM ENDORSED.
SO ORDERED.

Dated: **June 23, 2020**                                                 /s/Martin Glenn
                                                           UNITED STATES BANKRUPTCY JUDGE

polsinelli.com

| Atlanta | Boston | Chicago | Dallas | Denver | Houston | Kansas City | Los Angeles | Miami | Nashville | New York |
| Phoenix | St. Louis | San Francisco | Seattle | Silicon Valley | Washington, D.C. | Wilmington |

Polsinelli PC, Polsinelli LLP in California

73952548



Honorable Judge Martin Glenn
June 22, 2020
Page 2

73952548